**HERZFELD + RUBIN**
PC

125 BROAD STREET
NEW YORK, NY 10004
TEL (212) 471-8500  FAX (212) 344-3333
WWW.HERZFELD-RUBIN.COM

November 4, 2020

**Michael B. Sena**
Direct Line (212) 471-8527
Msena@herzfeld-rubin.com

**Via ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Certified Lumber, LLC v. Fassi Gru S.P.A. et. al</u>
           <u>Case No.:    19-cv-6974 (BMC)</u>

Dear Judge Cogan,

    We represent the plaintiff Certified Lumber, LLC ("Certified") in the above-entitled action. We are pleased to advise the Court that the parties have reached a tentative agreement in principle to settle this case. Counsel for the parties need to work out the details of that settlement and reduce it to a formal agreement.

                                  Respectfully submitted,

                                  /s/ *Michael B. Sena*
                                Michael B. Sena, Esq.

MBS/ms
cc:   All Counsel (via ECF)

AFFILIATES

LIVINGSTON, NEW JERSEY        BUCHAREST, ROMANIA        LOS ANGELES, CALIFORNIA